The appeal will be dismissed for reasons above given.

JONES v. STATE.   (No. 4881.)

(Court of Criminal Appeals of Texas.   Feb. 6, 1918.)

Appeal from District Court, Wood County; J. R. Warren, Judge.

Isadore Jones was convicted of forgery and he appeals. Affirmed.

E. B. Hendricks, Asst. Atty. Gen., for the State.

PRENDERGAST, J. This is an appeal from a conviction of forgery with the lowest punishment assessed. But there are no statement of facts nor any bills of exceptions, and no question is raised which can be reviewed in the absence of these.

The judgment is affirmed.

RUFFIN v. STATE.   (No. 4838.)

(Court of Criminal Appeals of Texas.   Jan. 23, 1918.)

Appeal from Criminal District Court, Dallas County; Robt. B. Seay, Judge.

Orin Ruffin was convicted of theft, and appeals. Affirmed.

E. B. Hendricks, Asst. Atty. Gen, for the State.

PRENDERGAST, J. This is an appeal from a conviction for theft from the person, with no statement of facts and no bill of exception. In the absence of these there are no questions raised which can be reviewed.

The judgment is affirmed.